## Commonwealth *v.* Mackalonis, Appellant.

Argued March 10, 1975. *John H. Broujos*, with him *Taylor P. Andrews*, for appellant; *Richard H. Horn*, Assistant District Attorney, with him *Morrison B. Williams*, Deputy District Attorney, and *Donald L. Reihart*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Manson, Appellant.

Argued March 24, 1975. *Elaine De-Masse*, Assistant Defender, with her *John W. Packel*, Assistant Defender, and *Benjamin Lerner*, Defender, for appellant; *William G. Chadwick, Jr.*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.